AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>(1) Luis Alberto Gonzalez-Minllety;<br>(2) Juan Jose Gonzalez-Minyetty.<br>*Defendant(s)* | Case No.<br>14-mj-4197-DHH |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2013 to the present__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances (Heroin, Cocaine, and Crack Cocaine) |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Gregg A. Willoughby, Drug Enforcement Administration, attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Gregg A. Willoughby, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 13, 2014

_____
*Judge's signature*

City and state: Worcester, Massachusetts

David H. Hennessy, United States Magistrate Judge
*Printed name and title*