UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10175-IT |
| | ) | |
| 2. JUAN JOSE GONZALEZ, *et al.* | ) | |
| Defendants. | ) | |

### UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On June 19, 2014, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment charging defendant Juan Jose Gonzalez and others (the "Defendants") with Conspiracy to Possess with Intent to Distribute, and to Distribute, Heroin, Cocaine, and Cocaine Base, in violation of 21 U.S.C. § 846 (Count One); Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone, in violation of 21 U.S.C. § 846 (Count Two); and Possession of Oxycodone with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1) (Count Three).[1] The Indictment also contained a Forfeiture Allegation, which gave the Defendants notice that the United States sought forfeiture, upon conviction of the offenses set forth in Counts One through Three of the Indictment, pursuant to 21 U.S.C. § 853(a), of (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses; and (2) any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, the offenses.

---

[1] Juan Jose Gonzalez was not charged in Counts Two or Three of the Indictment.

Pursuant to 21 U.S.C. § 853 and without limiting in any manner the Forfeiture Allegation of the Indictment, the United States hereby gives notice that it is seeking forfeiture of, without limitation, the following additional specific property:

(a) $70,703 in United States currency, seized on or about June 17, 2014 in Pelham, New Hampshire.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ Veronica M. Lei
SUSAN G. WINKLER
VERONICA M. LEI
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: November 5, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

 /s/ Veronica M. Lei
VERONICA M. LEI

Dated: November 5, 2014