UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 14-10175–IT |
| | ) |
| v. | ) |
| | ) VIOLATIONS: |
| | ) |
| 2. JUAN JOSE GONZALEZ-Minyetty, a/k/a Juan Jose Gonzalez, a/k/a "Sonny;" | ) |
| | ) 21 U.S.C. § 846 |
| 3. DIEGO BIENVENIDO MELO-GUERRERO, a/k/a "Bienbe;" | ) (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances: Heroin, Cocaine, and Cocaine Base) |
| 4. SEYLER M. GUERRERO, a/k/a "El Primo," a/k/a "Primo;" | ) |
| | ) |
| 5. GUILLERMO ORQUIRIO ROSARIO COLON, a/k/a "Pancho," a/k/a "El Viejo," a/k/a "Colon," a/k/a Osvaldo Centeno Velazquez; | ) 21 U.S.C. § 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Oxycodone) |
| | ) |
| 6. FRANCISCO PRESINAL, a/k/a Marco Gomez-Cuadro, a/k/a "Frank;" | ) 21 U.S.C. § 841(a)(1) (Possession of Oxycodone with Intent to Distribute) |
| 7. CESARIO EUGENIO MEJIA-DIAZ, a/k/a Jamie Laureano, a/k/a "Rubio;" | ) |
| | ) 18 U.S.C. § 2 (Aiding and Abetting) |
| 8. JOSE ALVAREZ-MACHUCA, a/k/a Roberto Maisonet-Rivera, a/k/a "Chupin," a/k/a "Chupeta," a/k/a "Chupa," a/k/a "Robert;" | ) |
| | ) 21 U.S.C. § 853 (Criminal Forfeiture Allegation) |
| 9. KEN NEWLAN BAEZ-BAEZ a/k/a Anthony Velez-Lugo a/k/a Fernando L. Ayala, a/k/a "Neulan," a/k/a "Noel,"a/k/a "Light," a/k/a "Edward;" | ) |
| | ) |
| 10. ANDRE LEVESQUE, a/k/a "Cookie," | ) |
| | ) |
| 11. AMAURYS PANIAGUA MARTINEZ a/k/a "Luis Colon," a/k/a "Viceno," and | ) |
| | ) |
| 12. BENJAMIN TORRES, a/k/a "Benjamin Torres-Garcia, a/k/a "Gordito," a/k/a "Gordo," a/k/a "30 de Mayo," a/k/a "30," Defendants | ) |

1

## SUPERSEDING INDICTMENT

**COUNT ONE:**     (21 USC § 846 -Conspiracy to Possess With Intent to Distribute, and to Distribute, Heroin, Cocaine, and Cocaine Base)

The Grand Jury charges that:

From a date unknown, but not later than in or about June, 2013, and continuing until June

17, 2014, at Dracut, Lowell, Lawrence, and elsewhere in the District of Massachusetts, in the

District of Rhode Island, in the District of New Hampshire, and elsewhere,

    2.   JUAN JOSE GONZALEZ, a/k/a Juan Gonzalez-Minyetty, a/k/a "Sonny;"

    3.   DIEGO BIENVENIDO MELO-GUERRERO, a/k/a ak/a "Bienbe;"

    4.   SEYLER M. GUERRERO, a/k/a "El Primo," a/k/a "Primo;"

    5.   GUILLERMO ORQUIRIO ROSARIO COLON, a/k/a "Pancho," a/k/a "El Viejo," a/k/a "Colon," a/k/a Osvaldo Centeno Velazquez;

    6.   FRANCISCO PRESINAL, a/k/a Marco Gomez-Cuadro, a/k/a "Frank;"

    7.   CESARIO EUGENIO MEJIA-DIAZ, a/k/a Jaime Laureano," a/k/a "Rubio;"

    8.   JOSE ALVAREZ-MACHUCA, a/k/a Roberto Maisonet-Rivera, a/k/a "Chupin," a/k/a "Chupeta," a/k/a "Chupa," a/k/a "Robert;" and

    9.   KEN NEWLAN BAEZ-BAEZ a/k/a Anthony Velez-Lugo, a/k/a Fernando L. Ayala, a/k/a "Neulan," a/k/a "Noel,"a/k/a "Light," a/k/a "Edward;"

    11.  AMAURYS PANIAGUA MARTINEZ, a/k/a "Luis Colon," a/k/a "Viceno," and

    12.  BENJAMIN TORRES, a/k/a "Benjamin Torres-Garcia, a/k/a "Gordito," a/k/a "Gordo," a/k/a "30 de Mayo," a/k/a "30"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with Luis Gonzalez-Minllety, with each other, and with other persons, known and unknown to the Grand Jury, to distribute, and to possess with the intent to distribute, controlled substances, to wit: heroin, a Schedule I controlled substance; and cocaine and cocaine base, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved: 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 240 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i), (ii), and (iii) are applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:       (Title 21, United States Code, Section 846-Conspiracy to Possess
                 With Intent to Distribute and to Distribute Oxycodone)

The Grand Jury further charges that:

From a date unknown, but not later than in or about June 2013, and continuing until June

17, 2014, at Dracut, Lowell, Lawrence, and elsewhere in the District of Massachusetts, in the

District of Rhode Island, in the District of New Hampshire, and elsewhere,

> 9.   KEN NEWLAN BAEZ BAEZ, a/k/a "Anthony Velez-Lugo,"
>       a/k/a Fernando L. Ayala, a/k/a "Neulan," a/k/a "Noel," a/k/a "Light,"
>       a/k/a "Edward;" and
>
> 10.  ANDRE LEVESQUE, a/k/a "Cookie,"

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with

Luis Gonzalez-Minllety, with each other, and other persons, known and unknown to the Grand

Jury, to distribute and to possess with the intent to distribute controlled substances, to wit:

oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

4

COUNT THREE:    (Title 21, United States Code, Section 841(a)(l)- Possession of
                Oxycodone with Intent to Distribute)

The Grand Jury further charges that:

On or about June 7, 2014, in Methuen, and elsewhere in the District of Massachusetts,

> 9.  KEN NEWLAN BAEZ-BAEZ a/k/a
>     Anthony Velez-Lugo, a/k/a Fernando L. Ayala,
>     a/k/a "Neulan," a/k/a "Noel,"a/k/a "Light," a/k/a "Edward;"

defendant herein, did knowingly and intentionally possess oxycodone, a Schedule II controlled

substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(l) and Title 18, United

States Code, Section 2.

5

## FORFEITURE ALLEGATION
## 21 U.S.C.§ 853

The Grand Jury further charges that:

I.     Upon conviction of one or more of the offenses alleged in Counts One through

Three of this Indictment,

2     JUAN JOSE GONZALEZ, a/k/a Juan Gonzalez-Minyetty,
       a/k/a "Sonny;"

3     DIEGO BIENVENIDO MELO-GUERRERO,
       a/k/a ak/a "Bienbe;"

4     SEYLER M. GUERRERO, a/k/a "El Primo,"
       a/k/a "Primo;"

5     GUILLERMO ORQUIRIO ROSARIO COLON,
       a/k/a "Pancho," a/k/a "El Viejo,"
       a/k/a "Colon," a/k/a Osvaldo Centeno Velazquez;

6     FRANCISCO PRESINAL, a/k/a Marco
       Gomez-Cuadro, a/k/a "Frank;"

7     CESARIO EUGENIO MEJIA-DIAZ, a/k/a Jaime
       Laureano," a/k/a "Rubio;"

8     JOSE ALVAREZ-MACHUCA, a/k/a Roberto
       Maisonet-Rivera, a/k/a "Chupin," a/k/a
       "Chupeta," a/k/a "Chupa," a/k/a "Robert;" and

9     KEN NEWLAN BAEZ-BAEZ a/k/a Anthony
       Velez-Lugo, a/k/a Fernando L. Ayala,
       a/k/a "Neulan," a/k/a "Noel,"a/k/a "Light," a/k/a "Edward;"

10.   ANDRE LEVESQUE, a/k/a "Cookie."

11.   AMAURYS PANIAGUA MARTINEZ,
       a/k/a "Luis Colon," a/k/a "Viceno," and

12.   BENJAMIN TORRES, a/k/a "Benjamin Torres-Garcia,
       a/k/a "Gordito," a/k/a "Gordo," a/k/a "30 de Mayo," a/k/a "30"

defendants herein, shall forfeit to the United States, jointly and severally for all defendants named

in Count One and jointly and severally for ANTHONY VELEZ-LUGO, and ANDRE LEVESQUE

as to Count Two, pursuant to 21 U.S.C. § 853(a): (1) any property constituting, or derived from,

any proceeds obtained, directly or indirectly, as a result of the offenses; and (2) any property used,

or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the

offenses. The property to be forfeited includes, but is not limited to, the following:

> (a)   $38,376 in United States currency, seized from Benjamin Torres on
> February 23, 2014;

> (b)   the real property located at 339 Pawtucket Boulevard, Unit No.3 in
> Building No. 1, Lowell, Massachusetts, including all buildings and
> appurtenances thereon, more particularly described in a deed recorded at
> Book 10673, Page 213 at the Middlesex (North) District Registry of
> Deeds;

> (c)   the real property located at 355 Pawtucket Boulevard, Unit No.6 in
> Building No.6, Lowell, Massachusetts, including all buildings and
> appurtenances thereon, more particularly described in a deed recorded at
> Book 10266, Page 298 at the Middlesex (North) District Registry of
> Deeds;

> (d)   the real property located at 23 Cook Street, Dracut, Massachusetts,
> including all buildings and appurtenances thereon, more particularly
> described in a deed recorded at Book 20081, Page 275 at the Middlesex
> (North) District Registry of Deeds; and

> (e)   the real property located at 65 Township Road, Pelham, New Hampshire,
> including all buildings and appurtenances thereon, more particularly
> described in a deed recorded at Book 6562, Page 1382 at the Hillsborough
> County Registry of Deeds.

2.   If any of the above-described forfeitable properties, as a result of any act or

omission of the defendants:

7

(a)     cannot be located upon the exercise of due diligence;

(b)     have been transferred or sold to, or deposited with, a third party;

(c)     have been placed beyond the jurisdiction of the Court;

(d)     have been substantially diminished in value; or


(e)     have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of property described in subparagraphs (a) through (c) of this paragraph.

All pursuant to Title 21, United States Code, Section 853.

8

A TRUE BILL

_____
Foreperson of the Grand Jury

_Susan Winkler_
Susan G. Winkler
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    January 21, 2015

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9