UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | 1:14-CR-10175-IT |
| | : | |
| (2) JUAN JOSE GONZALEZ-MINLETTY | : | |

### ORDER ON MOTION TO EXCLUDE TIME

Based on the motion of the United States, with the assent of the defendant in the above-referenced action, the Court hereby EXCLUDES, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from July 20, 2015, the date established for the defendant's trial, through and including at least until October 13, 2015, the date established for the Court's determination whether to accept defendant's Fed. R. Crim. P. 11(c)(1)(C) plea, and for sentencing. The delay is necessary to permit the Court to receive the presentence report to determine whether the sentencing range in the plea agreement is reasonable and appropriate, and therefore serves the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. Accordingly, exclusion of the time is appropriate under 18 U.S.C. §§3161(h)(1)(D) and (7)(A).

SO ORDERED.

HONORABLE INDIRA TALWANI
UNITED STATES. DISTRICT JUDGE

1